SYLVESTER J. LIEBERMANN, Appellant, *v.* SOL TEKULSKY, as Executor of CARRIE G. TEKULSKY, Deceased, Respondent.

Submitted July 16, 1948; decided July 16, 1948.

*Alexander E. Rosenthal, Irving Tenenbaum* and *Morris Fish* for motion.

*Daniel J. Madigan* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements unless, within fifteen days, all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed.